FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 23 2011

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JO ANNA CANZONERI McCORMICK,　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　11-CV- 6206 (BMC)
　　　　　　Plaintiff,

　　-against-

GOOD HUMOR, A Business Entity et.; JOHN
DOES 1-1000; JOHN DOES COMPANYS 1-1000;
JANE DOES 1-1000; JANE DOES COMPANYS 1-
1000; JOHN DOES CORPORATIONS 1-1000; and
JANE DOES CORPORATIONS 1-1000 INCLUSIVE,

　　　　　　Defendants.
------------------------------------------------------------------X
JO ANNA CANZONERI McCORMICK,　　　　　　　　　11-CV- 6207 (BMC)

　　　　　　Plaintiff,

　　-against-

SNAPPLE, A Business Entity et al., JOHN DOES
1-1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

　　　　　　Defendants.
------------------------------------------------------------------X
JO ANNA CANZONERI McCORMICK,　　　　　　　　　11-CV- 6208 (BMC)

　　　　　　Plaintiff,

　　-against-

SHAMROCK FARMS, A Business Entity et al.;
SHAMROCK DAIRY FARMS, A Business Entity et
al.; SHAMROCK FARMS DAIRY, A Business Entity
et al.; JOHN DOES 1-1000; JOHN DOES COMPANYS
1-1000; JANE DOES 1-1000; JANE DOES
COMPANYS 1-1000; JOHN DOES
CORPORATIONS 1-1000; and JANE DOES
CORPORATIONS 1-1000 INCLUSIVE,

　　　　　　Defendants.
------------------------------------------------------------------X

```
---------------------------------------------------------------X
JO ANNA CANZONERI McCORMACK,                                         11-CV- 6209 (BMC)

                Plaintiff,

        -against-

HERSHEY'S, A Business Entity et al.; HERSHEY,
A Business Entity, et al.; JOHN DOES 1-1000; JOHN
DOES COMPANYS 1-1000; JANE DOES 1-1000;
JANE DOES COMPANYS 1-1000; JOHN DOES
CORPORATION 1-1000; and JANE DOES
CORPORATIONS 1-1000 INCLUSIVE,

                Defendants.
---------------------------------------------------------------X
JO ANNA CANZONERI,                                                   11-CV- 6210 (BMC)

                Plaintiff,

        -against-

BEN AND JERRY'S, A Business Entity et al.; JOHN
DOES 1-1000; JOHN DOES COMPANYS 1-1000;
JANE DOES 1-1000; JANE DOES COMPANYS 1-
1000; JOHN DOES CORPORATIONS 1-1000; and
JANE DOES CORPORATIONS 1-1000 INCLUSIVE,

                Defendants.
---------------------------------------------------------------X
JO ANNA CANZONERI McCORMICK,                                         11-CV- 6211 (BMC)

                Plaintiff,

        -against-

NESQUICK, A Business Entity et al.; JOHN DOES 1-
1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

                Defendants.
---------------------------------------------------------------X
JO ANNA CANZONERI McCORMICK,                                         11-CV- 6212 (BMC)

                Plaintiff,

        -against-

BREYERS, A Business Entity et al.; JOHN DOES
1-1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
```

JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

                    Defendants.

------------------------------------------------------------------X

JO ANNA CANZONERI McCORMICK,                 11-CV- 6213 (BMC)

                    Plaintiff,

    -against-

UNILEVER, A Business Entity et al.; JOHN DOES
1-1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

                    Defendants.

------------------------------------------------------------------X

      A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 22, 2011, dismissing the complaints as frivolous; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that the complaints are dismissed as frivolous; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York                         Douglas C. Palmer
       December 22, 2011                               Clerk of Court

                                        by:

                                               Michele Gapinski
                                               Chief Deputy for
                                               Court Operations